**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MIGUEL AMEZCUA PEREGRINA, *individually and on behalf of all others similarly situated*, | ) ) ) ) | CASE NO.: 1:20-cv-1032 |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| Plaintiff, | ) ) | |
| v. | ) ) | **JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |
| SEAM GROUP, LLC., | ) ) | |
| Defendant. | ) ) | |

COME NOW Plaintiff Miguel Amezcua Peregrina ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant SEAM Group, LLC ("Defendant") (together "the Parties") jointly move this Court for an Order granting preliminary approval of a Settlement.

The Parties respectfully request that the Court: (1) preliminarily approve the proposed Settlement, (2) certify the Settlement Class and Collective for settlement purposes only, (3) appoint Plaintiff as Class Representative, (4) appoint Plaintiff's counsel as Class Counsel, (5) direct notice to be distributed to the Settlement Class and Collective, and (6) schedule a final approval hearing.

|  |  |
|---|---|
| Dated: March 29, 2021 | Respectfully submitted:<br><br>**NICHOLS KASTER, PLLP**<br><br>*/s/ Nicole J. Schladt*<br>Nicole J. Schladt* MN Bar No. 0400234<br>nschladt@nka.com<br>Anna P. Prakash* MN Bar No. 0351362<br>aprakash@nka.com<br>Robert L. Schug* MN Bar No. 387013<br>schug@nka.com<br>80 S. 8th Street, 4700 IDS Center<br>Minneapolis, Minnesota 55402-2242<br>Telephone: (612) 256-3200<br>Fax: (612) 338-4878<br><br>*Admitted pro hac vice<br><br>***COUNSEL FOR PLAINTIFF***<br><br>**LEE FADEL & BEYER, LLC**<br><br>*/s/ Timothy R. Fadel* (with consent)<br>Timothy R. Fadel OH Atty. Reg. No. 77531<br>tfadel@leefadelbeyer.com<br>The Bridge Building, Suite 120<br>18500 Lake Road<br>Rocky River, Ohio 44116<br>Telephone: (440) 333-2050 |

1

2

Fax: (440) 333-1695

***COUNSEL FOR DEFENDANT***