**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MIGUEL AMEZCUA PEREGRINA, | ) | CASE NO.: 1:20-cv-1032 |
| *individually and on behalf of all others* | ) | |
| *similarly situated,* | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT MOTION FOR FINAL** |
| | ) | **SETTLEMENT APPROVAL** |
| SEAM GROUP, LLC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COME NOW Plaintiff Miguel Amezcua Peregrina ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant SEAM Group, LLC ("Defendant") (together "the Parties") jointly move this Court for an Order granting final approval of a Settlement.

The Parties respectfully request that the Court: (1) grant the Parties' Joint Motion for Final Settlement Approval, and (2) grant Class Counsel's previously-filed motion for attorneys' fees, costs, and settlement administration expenses. For all of the reasons explained in the Parties' accompanying Memorandum, the Court should grant the Motion and enter the Final Approval Order that is attached to this Motion.

Respectfully submitted:

Dated: August 12, 2021

**NICHOLS KASTER, PLLP**

*s/ Nicole J. Schladt*
Nicole J. Schladt* MN Bar No. 0400234
nschladt@nka.com
Anna P. Prakash* MN Bar No. 0351362
aprakash@nka.com
Robert L. Schug* MN Bar No. 387013
schug@nka.com
80 S. 8th Street, 4700 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

*Admitted *pro hac vice*

***COUNSEL FOR PLAINTIFF***

**LEE FADEL & BEYER, LLC**

*s/ Timothy R. Fadel* (with consent)
Timothy R. Fadel OH Atty. Reg. No. 77531
tfadel@leefadelbeyer.com
The Bridge Building, Suite 120
18500 Lake Road

1

Rocky River, Ohio 44116
Telephone: (440) 333-2050
Fax: (440) 333-1695

***COUNSEL FOR DEFENDANT***